**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:       In the Interest of A.L.B. and A.M.B., Children

Appellate case number:    01-17-00547-CV

Trial court case number:   2015-02581J

Trial court:                        315th District Court of Harris County

The Clerk of this Court's July 25, 2017 Notice of Intent to Dismiss for Want of Jurisdiction directed appellant, A.B., file a reasonable explanation with its implied motion for an extension of time to file the notice of appeal within ten days of that notice. Although no timely response was filed by appellant, on September 6, 2017, appellant's appointed counsel filed a first unopposed motion for an extension of time to file the appellant's brief until September 25, 2017, due, in part, to Hurricane Harvey. On September 6, 2017, the Clerk of this Court granted appellant's extension of time to file the brief until September 25, 2017, with no further extensions.

Accordingly, given the Supreme Court's recent emergency order to consider Hurricane Harvey-caused delays as good cause for modifying or suspending all deadlines and procedures, the Court **sua sponte modifies** the deadline for appellant to respond to the Clerk's July 25, 2017 Notice until **September 25, 2017**. *See* Emergency Order Authorizing Modification and Suspension of Court Procedures in Proceedings Affected by Disaster, Misc. Docket No. 17-9091 (Tex. Aug. 28, 2017); TEX. R. APP. P. 2. The appellant is warned that, unless a motion for extension of time to file the notice of appeal with a reasonable explanation is filed by **September 25, 2017, this appeal may be dismissed for want of jurisdiction**. *See* TEX. R. APP. P. 42.3(a), (c).

It is so ORDERED.

Judge's signature: /s/ Evelyn V. Keyes
                              ☑ Acting individually     ☐ Acting for the Court
Date: September 15, 2017